IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:     ETHICON, INC.,
           PELVIC REPAIR SYSTEMS
           PRODUCTS LIABILITY LITIGATION              MDL  2327

THIS DOCUMENT RELATES TO:

BRENDA PITTS

                            Plaintiff,

v.                                            Civil Action No. 2:13-cv-24913

ETHICON, INC.,
ETHICON, LLC, and
JOHNSON & JOHNSON,

                            Defendants.

**<u>MEMORANDUM OPINION AND ORDER</u>**

On October 30, 2018, a Suggestion of Death was filed by defendants' counsel suggesting the death of Brenda Pitts during the pendency of this civil action. [ECF No. 30].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Brenda Pitts was the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:  February 26, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE